■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RODRIGUEZ, Appellant. [662 NYS2d 317] —Judgment, Supreme Court, Bronx County (Edward Davidowitz, J.), rendered July 21, 1994, convicting him, upon his pleas of guilty, of robbery in the first degree and attempted robbery in the first degree, and sentencing him, as a second felony offender, to concurrent terms of 6 to 12 years and 4 to 8 years, respectively, and order, same court and Justice, entered on or about October 28, 1996, which denied defendant's motion to vacate the judgment, unanimously affirmed.

The court's summary rejection of defendant's claim that his conviction was obtained in violation of his constitutional rights (CPL 440.10 [1] [h]) was appropriate (see, CPL 440.30 [4]). The affidavit submitted was not exculpatory and could not have affected defendant's decision to plead guilty. We further note that defendant was represented by counsel at the lineup. Concur—Milonas, J. P., Rubin, Tom, Andrias and Colabella, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE NICKOLSON, Also Known as ANDRE NICHOLSON, Appellant. [662 NYS2d 316] —Judgment, Supreme Court, Bronx County (Joseph Cohen, J.), rendered on or about March 22, 1995, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Milonas, J. P., Rubin, Tom, Andrias and Colabella, JJ.